# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 30, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

150359

AMY P. BEAUCHAMP and SAMUEL
BEAUCHAMP,
       Plaintiffs-Appellees,

v

JESSE C. SCHRAMM, LAURA SCHRAMM,
and 301 GARFIELD STREET, INC.,
       Defendants-Appellants.

SC: 150359
COA: 313377
Marquette CC: 10-048212-CK

_____/

      On order of the Court, the application for leave to appeal the September 23, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 30, 2015



Clerk

a0622